AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

CENTRAL       DISTRICT OF       ILLINOIS, URBANA DIVISION

## APPEARANCE

Case Number: 06-2150

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

HEALTHCARE AND RETIREMENT CORPORATION OF AMERICA

**FILED**

AUG 0 9 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

I certify that I am admitted to practice in this court.

| Date | Signature |
|------|-----------|

DAVID A. KOLB                                       6187639
Print Name                                          Bar Number

30 North LaSalle Street, Suite 2100
Address

Chicago              IL                   60602
City                 State                Zip Code

(312) 551-2130                 (312) 551-2131
Phone Number                   Fax Number