## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

|   |   |   |
|---|---|---|
| | **Plaintiff,** | ) ) ) ) |
| v. | | ) ) ) |
| | | ) **Case No.** |
| | **Defendant.** | ) ) ) |

### REPORT OF RULE 26(f) PLANNING MEETING

Plaintiff being represented by _____ and Defendant being represented by _____, counsel met on _____ for the purpose of formulating a proposed discovery calendar for consideration by the Court.  The following are dates[1] which counsel have agreed upon.

1.  Parties will exchange initial disclosures pursuant to FED. R. CIV. P. 26(a)(1) by _____.

2.  The deadline for amendment of pleadings is _____.

3.  The deadline for joining additional parties is _____.

4.  Plaintiff shall disclose experts and provide expert reports by _____. Plaintiff shall make any such experts available for deposition by _____.

5.  Defendant shall disclose experts and provide expert reports by _____. Defendant shall make any such experts available for deposition by _____.

6.  Discovery shall be modified as follows:

    (Use this space to add additional discovery limitations or deadlines.)

7.  All discovery, including deposition of experts, is to be completed by _____.

---

[1]See Section III of this Court's Rule 16 memo (also displayed on this website) for suggested time frames.

8.  The deadline for filing case dispositive motions shall be _____.

_____, Plaintiff[2]          _____, Defendant

BY: _____          BY: _____
   Attorney's Name, Firm, etc.                                    Attorney's Name, Firm, etc.


**The following Order area ↙ should be left blank for completion by the Court.**

## **O R D E R**

This Court accepts the discovery calendar itemized above with any noted changes, as well as the additions below.

The matter is scheduled for a *telephone status conference* before _____ on _____.

The matter is scheduled for *final pretrial conference* by personal appearance before _____ on _____.

The matter is scheduled for *jury selection/jury trial or bench trial* before _____ on _____ **(Case No. \_\_\_).**

---

[2]<u>See this Court's Civil Administrative Procedures (specifically pp. 17-18) for instructions on electronic multiple signatures.</u>