UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| **BERNICE LUSTFELDT, individually** ) | |
| **and as Executor of the Estate of** ) | |
| **Armond Lustfeldt, and** ) | |
| **Estate of Armond Lustfeldt,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | |
| ) | Case No. 06-2150 |
| **HEALTH CARE AND RETIREMENT** ) | |
| **CORPORATION OF AMERICA,** ) | |
| **d/b/a Heartland Health Care Center-** ) | |
| **Paxton,** ) | |
| **Defendant.** ) | |

## DISCOVERY ORDER

A discovery conference was held **September 26, 2006,** pursuant to FRCP 16 and local rule 16.2(A). Plaintiffs appeared by Gerald P. Rodeen. Defendant appeared by David Kolb. The progress of discovery to date was discussed. Deadlines were proposed by counsel and approved by the Court.

**WHEREFORE, IT IS ORDERED:**

1. Parties will exchange initial disclosures pursuant to FED. R. CIV. P. 26(a)(1) by **November 1, 2006.**

2. The deadline for amendment of pleadings is **June 1, 2007.**

3. The deadline for joining additional parties is **April 1, 2007.**

4. Plaintiff shall disclose experts and provide expert reports by **May 1, 2007.** Plaintiff shall make any such experts available for deposition by **June 1, 2007.**

5. Defendant shall disclose experts and provide expert reports by **July 1, 2007.** Defendant shall make any such experts available for deposition by **September 1, 2007.**

6. All discovery, including deposition of experts, is to be completed by **December 1, 2007.**

7. The deadline for filing case dispositive motions shall be **January 15, 2008.**

8.  The matter is scheduled for *final pretrial conference* by personal appearance before the undersigned on **May 2, 2008, at 11:00 a.m.**

9.  The matter is scheduled for *jury selection and jury trial* before the undersigned on **May 12, 2008, at 9:00 a.m. (Case No. 1).**

ENTER this 2nd day of October, 2006

                                        s/ DAVID G. BERNTHAL
                                        U.S. MAGISTRATE JUDGE