UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BERNICE LUSTFELDT, Individually and as Executor of the Estate of ARMOND LUSTFELDT, Deceased, <br><br> Plaintiff, <br><br> vs. <br><br> HEALTH CARE AND RETIREMENT CORPORATION OF AMERICA, d/b/a HEARTLAND HEALTH CARE CENTER-PAXTON, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Cause No.: 06-2150 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

PROOF OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the Plaintiffs' Initial Disclosure Pursuant to FRCP Rule 26 has been served upon:

David A. Kolb and D. Timothy McVey, McVey & Parsky, LLC, Suite 2100, 30 N. LaSalle St., Chicago, IL 60602

mailing said document from a United States Post Office Box in Paxton, Illinois at 5:00 p.m. on November 16, 2006, with proper postage affixed.

Dated: November 16, 2006

_____
Karen Mach

Subscribed and sworn to before me
this 16th day of November, 2006.

_____
Notary Public

OFFICIAL SEAL
MARY KEMMER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 04/26/10

Gerald P. Rodeen
Reg. No. 2361728
Dilks, Rodeen & Gibson, Ltd.
Attorneys for Plaintiffs
146 N. Market St., PO Box 48
Paxton, IL 60957
Telephone: 217-379-4373
Facsimile: 217-379-2844

Z:\TM-WP\G05-053\R26 disclosure.WPD