E-FILED
Friday, 02 February, 2007  04:21:45 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

BERNICE LUSTFELDT, Individually and )
as Executor of the Estate of ARMOND )
LUSTFELDT, )
              Deceased, )
)
    Plaintiff, )
)
vs. )   Cause No.: 06-2150
)
HEALTH CARE AND RETIREMENT )
CORPORATION OF AMERICA, )
d/b/a HEARTLAND HEALTH CARE )
CENTER-PAXTON. )
             Defendant. )

## PROOF OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the Plaintiffs' *Interrogatories to Defendant* has been served upon:

David A. Kolb and D. Timothy McVey, McVey & Parsky, LLC, Suite 2100, 30 N. LaSalle St., Chicago, IL 60602

by mailing said document from a United States Post Office Box in Paxton, Illinois at 5:00 p.m. on _____2/2_____, 2007 with proper postage affixed.

Dated: ___2/2___,2007

_____
Marilyn Tyler

Subscribed and sworn to before me
this  2nd  day of  February , 2007.

___Jo Holt___
Notary Public

OFFICIAL SEAL
JO HOLT
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/26/10

Gerald P. Rodeen; Reg. No. 2361728
Dilks, Rodeen &Gibson, Ltd.
Attorneys for Plaintiffs
146 N. Market St., PO Box 48
Paxton, IL 60957
Telephone: 217-379-4373
Facsimile:  217-379-2844