UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BERNICE LUSTFELDT, Individually and as Executor of the Estate of ARMOND LUSTFELDT, Deceased,<br><br>    Plaintiff,<br><br>vs.<br><br>HEALTH CARE AND RETIREMENT CORPORATION OF AMERICA, d/b/a HEARTLAND HEALTH CARE CENTER-PAXTON.<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Cause No.: 06-2150<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PROOF OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the Plaintiffs' *Request for Production Directed to Defendant* has been served upon:

David A. Kolb and D. Timothy McVey, McVey & Parsky, LLC, Suite 2100, 30 N. LaSalle St., Chicago, IL 60602

by mailing said document from a United States Post Office Box in Paxton, Illinois at 5:00 p.m. on ___2/2___, 2007 with proper postage affixed.

Dated: ___2/2___, 2007

                                              /s/ Marilyn Tyler
                                              Marilyn Tyler

Subscribed and sworn to before me this 2nd day of February, 2007.

/s/ Jo Holt
Notary Public

OFFICIAL SEAL
JO HOLT
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/26/10

Gerald P. Rodeen; Reg. No. 2361728
Dilks, Rodeen & Gibson, Ltd.
Attorneys for Plaintiffs
146 N. Market St., PO Box 48
Paxton, IL 60957
Telephone: 217-379-4373
Facsimile:  217-379-2844