UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

BERNICE LUSTFELDT, Individually and )
as Executor of the Estate of ARMOND )
LUSTFELDT, Deceased, )
)
    Plaintiff, )
)
vs. )   Cause No.: 06-2150
)
HEALTH CARE AND RETIREMENT )
CORPORATION OF AMERICA, )   PLAINTIFF DEMANDS A TRIAL
d/b/a HEARTLAND HEALTH CARE )   BY A JURY OF TWELVE (12)
CENTER-PAXTON. )
    Defendant. )

## CERTIFICATE OF SERVICE

I hereby certify that I served *Plaintiff's Response to Defendant's First Request for Production of Documents, Objects and Tangible Things* upon Defendant's attorney, David A. Kolb, McVey & Parsky, LLC; 30 N. LaSalle, Suite 2100; Chicago, IL 60602 by placing said document in an envelope securely sealed, properly addressed, and with first class postage prepaid, and mailing said envelope from a United States Post Office box located in Paxton, Illinois at 5:00 p.m. on the 5 day of July, 2007.

I further hereby certify that on July 5, 2007, I electronically filed the Certificate of Service with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    David A. Kolb at: dak@mcveyparsky-law.com

and I hereby certify that I have mailed by United States Postal Service the document to the following:

    D. Timothy McVey; McVey & Parsky, LLC; 30 N. LaSalle, Suite 2100
    Chicago, IL 60602

                              _____
                              Gerald P. Rodeen

Subscribed and sworn to before me
this 5 day of July, 2007

_____
   Notary Public

```
OFFICIAL SEAL
MARILYN K TYLER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/15/10
```

Gerald P. Rodeen; Reg. No. 2361728
Sue A. Gibson; Reg. No. 951242
Dilks, Rodeen &Gibson, Ltd.
Attorneys for Plaintiff
146 N. Market St., PO Box 48; Paxton, IL 60957
Telephone: 217-379-4373; Facsimile: 217-379-2844