UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BERNICE LUSTFELDT, Individually and as Executor of the Estate of ARMOND LUSTFELDT, Deceased,<br><br>    Plaintiff,<br><br>vs.<br><br>HEALTH CARE AND RETIREMENT CORPORATION OF AMERICA, d/b/a HEARTLAND HEALTH CARE CENTER-PAXTON.<br>    Defendant. | Cause No.: 06-2150<br><br>PLAINTIFF DEMANDS A TRIAL BY A JURY OF TWELVE (12) |

TO:   Mr. David Kolb
       McVey & Parsky, LLC
       30 N. LaSalle, Suite 2100
       Chicago, IL 60602

## NOTICE OF DEPOSITIONS

YOU ARE HEREBY NOTIFIED that on the 24th day of March, 2008 the discovery depositions of the following individuals will be taken at the time shown opposite their names, which depositions will be conducted at Dilks, Rodeen & Gibson, Ltd., 146 N. Market St., Paxton, Illinois; that said depositions will be taken upon oral interrogatories before an officer authorized by law to take depositions in like cases:

| | |
|---|---|
| Cynthia Sharp | 11:00 a.m. |
| Patricia Wray | 1:00 p.m. |
| Sharon Fox | 2:00 p.m. |
| Minnie Swanson | 3:00 p.m. |
| Olga Culbertson | 4:00 p.m. |

DATED this _12_ day of March, 2008.

                        Bernice Lustfeldt, Individually and as Executor of
                        The Estate of Armand Lustfeldt, Deceased

                        by _____
                        Gerald P. Rodeen, of Dilks, Rodeen & Gibson, Ltd.,
                        Her attorneys

## CERTIFICATE OF SERVICE

I hereby certify that I served the *Notice of Depositions* upon Defendant's attorney, David A. Kolb, McVey & Parsky, LLC; 30 N. LaSalle, Suite 2100; Chicago, IL 60602 by placing said document in an envelope securely sealed, properly addressed, and with first class postage prepaid, and mailing said envelope from a United States Post Office box located in Paxton, Illinois at 5:00 p.m. on the _12_ day of March, 2008.

I further hereby certify that on March __12__, 2008, I electronically filed the Certificate of Service with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    David A. Kolb at: dak@mcveyparsky-law.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: __None__

_____
Gerald P. Rodeen

Subscribed and sworn to before me
this __12__ day of __March__, 2008

_____
Notary Public

Gerald P. Rodeen
Reg. No. 2361728
Dilks, Rodeen &Gibson, Ltd.
Attorneys for Plaintiff
146 N. Market St., PO Box 48
Paxton, IL 60957
Telephone: 217-379-4373
Facsimile: 217-379-2844

cc: Area Wide Reporting Svc.