# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

| | |
|---|---|
| **BERNICE LUSTFELDT, individually and as Executor of the Estate of Armond Lustfeldt, and ESTATE OF ARMOND LUSTFELDT** )<br>)<br>)<br>)<br>) | |
| **Plaintiffs,** ) | |
| v.  ) | |
| ) | Case No. 06-2150 |
| **HEALTH CARE AND RETIREMENT CORPORATION OF AMERICA, d/b/a Heartland Health Care Center-Paxton,** )<br>)<br>)<br>) | |
| **Defendant.** ) | |

## ORDER FOLLOWING REPORT OF SETTLEMENT

This case has been reported settled by the parties.

**IT IS, THEREFORE, ORDERED as follows:**

1. The oral motion by the parties that the Court issue a 35-day Order is **GRANTED**.

2. The parties are hereby directed to file with the court, within thirty-five (35) days of the date of this order, a stipulation of dismissal signed by both parties. Stipulation of dismissal is due by **June 3, 2008.**

3. All time tables and scheduled hearings are VACATED until further order.

4. Any pending motions in this case are rendered MOOT. If settlement does not occur, the parties can request that the motions be reinstated.

ENTER this 29th day of April, 2008.

s/ DAVID G. BERNTHAL
U.S. MAGISTRATE JUDGE
