UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BERNICE LUSTFELDT, Individually and as Executor of the Estate of ARMOND LUSTFELDT,  Deceased, <br><br>    Plaintiff, <br><br>vs. <br><br>HEALTH CARE AND RETIREMENT CORPORATION OF AMERICA, d/b/a HEARTLAND HEALTH CARE CENTER-PAXTON. <br>         Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Cause No.: 06-2150 |

## STIPULATION TO DISMISS

Now come the parties by their respective attorneys and stipulate and agree that all matters have been resolved between the parties and this case should be dismissed as to all parties with prejudice.

Gerald P. Rodeen,
attorney for Plaintiffs

Date: _____7/9_____, 2008

David Kolb,
Attorney for Defendants

Prepared by:
Gerald P. Rodeen
Reg. No. 2361728
Dilks, Rodeen &Gibson, Ltd.
Attorneys for Plaintiffs
146 N. Market St., PO Box 48
Paxton, IL 60957
Telephone: 217-379-4373
Facsimile:  217-379-2844

MT: Z:\TM-WP\005-053\Stip to dismiss.WPD(July 9, 2008 (10:13am))